In the Matter of DOMINIQUE W. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; LUCY C. et al., Respondents. JUANA D., Intervenor-Appellant.

Submitted October 18, 2004; decided December 2, 2004

Motion for leave to appeal dismissed as untimely (CPLR 5513 [b]).

In the Matter of MICHAEL HOWARD, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent.

Submitted October 4, 2004; decided December 2, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that the Appellate Division "judgment" appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal denied.

In the Matter of DAVID KUNTZ et al., Appellants, v BERNADETTE CASTRO, as Commissioner of New York State Office of Parks, Recreation and Historic Preservation, et al., Respondents.

Submitted October 4, 2004; decided December 2, 2004

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from so much of Supreme Court's order and judgment as denied appellants' request for a preliminary injunction, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.